UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CURTIS HOLT, JR.,                         )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )          CV424-099
                                          )
FRANK BISIGNANO, Commissioner of          )
Social Security,                          )
                                          )
            Defendant.                    )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of August 21, 2025, (doc. no. 22), to which Plaintiff has objected, (doc. no. 23). Plaintiff argues that the Commissioner's decision should be reversed and remanded because "the ALJ's assessment of Plaintiff's RFC is inconsistent with the descriptions of Plaintiff's daily activities in the function reports." (Doc. no. 23 at 2.) The Magistrate Judge considered this argument and recommended the Commissioner's final decision be affirmed because the ALJ's formulation of Holt's residual functional capacity ("RFC") was based on substantial evidence. (Doc. no. 22 at 9-13.) Plaintiff objects, disagreeing with the Magistrate Judge's conclusion that the ALJ appropriately supported his findings. (See generally doc. no. 23.)

The R&R explains that, after extensively discussing Holt's medical treatment records and appropriately analyzing his subjective statements and allegations concerning his symptoms and limitations, the ALJ found that Holt had some symptoms and limitations which, while not disabling, limited him to light, simple work. (Doc. no. 22 at 12-13.) The R&R also explains that the ALJ made clear in his decision why he discounted

Plaintiff's subjective testimony and reports about his condition, since his allegations of vocational limitations that exceeded the RFC were inconsistent with the record and unpersuasive. (Id.) Holt objects, repeating his argument that "the ALJ's assessment of Plaintiff's RFC is inconsistent with the descriptions of Plaintiff's daily activities in the function reports." (Doc. no. 23 at 2.) However, as the Magistrate Judge concluded, the ALJ properly explained this inconsistency, after appropriately discounting Plaintiff's subjective reports. (Doc. no. 22 at 12-13.)

Therefore, after a careful review, the Court agrees with the Magistrate Judge's conclusion that the ALJ's "decision, and his articulation of Plaintiff's RFC, which includes limitations to account for Plaintiff's physical and mental limitations, is supported by substantial evidence." (Doc. no. 22 at 13.) Therefore, the Plaintiff's objections are **OVERRULED**, the R&R, (doc. no. 22), is **ADOPTED** as the Court's opinion in this case, and the Commissioner's final decision is **AFFIRMED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this ____27th____ day of August, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA